**Sharon RILEY, Appellant,**

v.

**STYGAR FAMILY OF FUNERAL SERVICES, INC.,**
Respondent.

No. ED 78098.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 6, 2001.

Henry T. Vogt III, Clayton, MO, for Appellant.

Gary Phillip Paul, Law office of Brinker & Doyen, Clayton, MO, for Respondents.

Before CRANE, P.J., SIMON, J., and SULLIVAN, J.

*ORDER*

PER CURIAM.

Sharon Riley (Appellant) appeals from the trial court's judgment granting Stygar Family of Funeral Services, Inc.'s (Respondent) motion for summary judgment and motion to dismiss. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's judgment is supported by substantial evidence. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Kirk PETERSON, Claimant/Appellant,**

v.

**C. RALLO CONTRACTING CO.,**
Employer/Respondent,

**Bituminous Casualty Corp.,**
Insurer/Respondent,

**Treasurer of Missouri as Custodian of Second Injury Fund, Additional Party/Respondent.**

No. ED 78158.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 6, 2001.

Wayne R. Brewster, St. Louis, MO, for appellant.

Frank J. Lahey, Jr., Frank J. Lahey, P.C., St. Louis, MO, for respondent.

Maria Hahalis, St. Louis, MO, for additional party.

Before MARY K. HOFF, C.J., CRANE, J. and ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).